IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR T. ZUNIGA,<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARK, WARDEN, et al.,<br><br>          Respondent. | CV F 06-0510 AWI WMW HC<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |

      Plaintiff is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 16, 2006, the Magistrate Judge issued an order requiring Petitioner to submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the entire six-month period immediately preceding the filing of the petition OR pay the $5.00 filing fee for this action within thirty (30) days.

      When over thirty days passed and Petitioner failed to comply with or otherwise respond to the court's order, on August 1, 2006, the Magistrate Judge filed a Report and Recommendation that recommended this action be dismissed for Petitioner's failure to comply with the July 16, 2006 order.

      On August 14, 2006, Petitioner filed objections. In the objections, Petitioner claims that his petition is timely and should not be dismissed for violating any statutes of limitations.

The court has reviewed the file. It appears to the court that Petitioner misunderstood the court's previous orders. At this time, Petitioner has not paid the $5.00 filing fee for this action or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. It is Petitioner's failure to pay the filing for or provide a completed application that has resulted in the recommendation that this action be dismissed. Whether this action is barred by the statute of limitations has not yet been addressed by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis along with a certified copy of his prison trust account statement for the entire six-month period immediately preceding the filing of the petition, **or in the alternative**, pay the $5.00 filing fee for this action.

3. Petitioner is FOREWARNED that if he fails to comply with this order, the court will adopt the pending Report and Recommendation and dismiss this action.

IT IS SO ORDERED.

Dated:     **January 21, 2007**                    /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE